IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEO A. FILIPOVITS,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES POSTAL SERVICE** | : | **NO. 11-3355** |

## ORDER

**AND NOW**, this 29th day of April, 2013, upon consideration of "Defendant United States Postal Service's Motion to Dismiss the Second Amended Complaint or, in the Alternative, Summary Judgment" (Doc. No. 19) and the response thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for summary judgment is **GRANTED**. Judgment shall be entered in favor of Defendant. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg
───────────────────────
**Mitchell S. Goldberg, J.**